UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IKNOOR SINGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 14-1906 (RCL) |
| ) | |
| JOHN MCHUGH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In light of the extensive number of army cases I litigated in federal courts across the country involving military grooming standards, it is possible a reasonable observer could question my ability to fairly adjudicate this case. I hereby **RECUSE**.

It is **SO ORDERED** this 13th day of November 2014.

*[signature]*
ROYCE C. LAMBERTH
United States District Judge