

**DEPARTMENT OF THE ARMY**
OFFICE OF THE DEPUTY CHIEF OF STAFF G-1
300 ARMY PENTAGON
WASHINGTON DC 20310-0300

DEC 19 2014

Mr. Iknoor Singh
c/o Ms. Heather Weaver
American Civil Liberties Union
Program on Freedom of Religion and Belief
915 15th Street, NW, 6th Floor
Washington, DC 20005-2313

Dear Mr. Singh:

I received your request to wear unshorn hair, a beard, and a turban in a manner consistent with the tenets of your Sikh faith. Your specific request has been processed as a request for religious accommodation to the personal appearance and grooming policies set forth in Army Regulation (AR) 670-1, *Wear and Appearance of Army Uniform and Insignia*, 15 Sept 14. I have evaluated your request pursuant to AR 600-20, *Army Command Policy*, 6 Nov 14, and applicable federal law, including the Religious Freedom Restoration Act (RFRA).

Based on the facts of your individual case, I am denying your request.

The Army will approve requests for accommodation of religious practices, unless accommodation will have an adverse impact on unit readiness, individual readiness, unit cohesion, morale, good order, discipline, safety, and/or health. These factors are referred to individually and collectively as "military necessity." AR 600-20, para. 5-6. The decision to deny your request is based solely on the facts and circumstances of your case, as balanced against the potential impact of the requested accommodation on "military necessity." I have considered the nature of the requested religious accommodation and the effect of this denial on your ability to exercise your religion.

I am denying your request to wear unshorn hair, a beard, and a turban as an enrolled cadet in Hofstra University Army ROTC because the requested accommodation will adversely impact individual and unit readiness, unit cohesion, morale, good order, discipline, health and safety within the Army ROTC program.

Analysis.

Summary: Uniformity is a primary way the Army builds an effective fighting force. It allows a strong team identity to be forged, distinguishes service members from the civilian population, reinforces notions of selfless service, and provides a routine that instills discipline in Soldiers and leaders, while connecting the Army to its past in a visible way. As Army ROTC is the primary means of generating the officer leaders of the Army, it is important that Cadets are inculcated into the Army and its values, training

methods, and traditions in a way that is reflective of what their future Soldiers will expect of them.  Soldiers within the Army expect that their officers will scrupulously follow regulations, and provide a model of uniform dress, appearance and grooming standards.  Permitting an obvious deviation from these standards in an officer training program would, in the eyes of the Soldiers whom Cadets are being trained to lead, damage the esteem and credibility of ROTC and the officer corps in general.  Therefore, I am denying your request.

Unit Cohesion and Morale:  Granting your request will have an adverse impact on unit cohesion and morale because uniformity is central to the development of a bonded and effective fighting force that is capable of meeting the Nation's ever changing needs.

In my over thirty years of experience as a leader and commander of Soldiers, I have come to believe that the wear of common uniforms and the even handed application of grooming standards induces Soldiers to view themselves as part of a team.  Uniformity is a primary means by which we convert individuals into members of the Army.  In the course of this outward display of group membership, the Soldier or Cadet develops a willingness to submit his individuality to the larger organization and thus thinks and acts differently.  While this process may take place over a longer time period in ROTC when compared to basic training, the future leaders of the Army must be fully vested into the Army's mission and fundamentally trained in a manner that adheres to the same cornerstone principles to which their Soldiers are required to adhere.  If they do not possess the same values they will lack credibility and be unable to understand how to motivate their Soldiers.  Granting you this exception, in an officer training program, would undercut this fundamental building block of training.

At its essence, the Nation's defense requires that we develop Cadets and Soldiers who understand that they have assumed special obligations that are inherent to service in the Army.  Cadets must learn and embrace that military service is inherently selfless service because they and their Soldiers may be asked to make the ultimate sacrifice and will endure numerous hardships that are without civilian analogue.  Uniforms remind Soldiers and Cadets that they put aside certain personal freedoms when they joined the Army, and that they have assumed special obligations inherent in the Army's mission.

Uniformity prevents fracturing in military units along lines that would undercut the chain of command, mission accomplishment, and the overall good order and discipline of the unit.  It must be remembered that the Army reflects the wide diversity of the United States.  The United States has a culture that values individuality and promotes its expression in various ways.  Hair and clothing are a very visible way that individuals express their identity.  By eliminating the social distinctions that different civilian attire implies, uniforms emphasize the professional equality of all military people.  The uniform

-3-

leaves only the distinctive accouterments of service such as rank, unit patches, and proficiency badges. These visible elements emphasize that the criterion for distinction is performance, rather than one's social, economic, or personal standing.

Uniformity also promotes cohesive bonds by instilling a common identity, provides visual evidence of mutual experience, and reinforces a sense of tradition. Group identification plays an essential role in the development of unit cohesion, and institutional esprit de corps, which contributes to overall Army effectiveness. My experience has shown me that tightly bonded Army units accomplish their missions, while those that are fractured into discrete subgroups are more likely to fail. Granting your exception would undermine the common Army identity we are attempting to develop in ROTC, and adversely impact efforts to develop cohesive teams.

During the initial phases of military training, such as ROTC, the emphasis on uniformity is critical because ROTC begins the process of converting a civilian into a Soldier and ultimately a commissioned officer. The emphasis on uniformity is one of the most significant ways we effect the "rite of passage" that occurs during military training. Uniformity of appearance serves as a cohesive bond within the ROTC program by reminding all participants in the program that they are undergoing a common experience. As individual ROTC Cadets eventually converge and train with their peers from other ROTC programs at the Leaders' Training Course and the Leader Development and Assessment Course, an emphasis on consistent nationwide standards and uniformity allows them to develop cohesive teams. This facilitates more focused training, and ultimately a stronger officer corps.

Uniformity connects Cadet and Soldier to their common heritage, thereby providing Soldiers strength in trying times. Service in the Army is replete with rituals, like the hand salute, raising and lowering of the colors, drills, and ceremonies. Those rituals are important because Soldiers draw strength from knowing they are part of a long-standing tradition. In difficult times, Soldiers find strength in ritual and value in knowing they are connected to a meaningful legacy. These traditions exist to remind Soldiers they are the latest addition to the long heritage and tradition of Soldiers. Army culture and traditions connect Soldiers to the past and to the future, and remind Soldiers of their place in history. Granting your exception would weaken these connections, and detract from the heritage that I view as a vital component of soldierly strength.

<u>Good Order and Discipline</u>: Granting your request will have an adverse impact on good order and discipline in the ROTC program and the Army. As an officer development program, ROTC must develop personally and professionally disciplined officers whose leadership abilities are above reproach. Disciplined leadership can be learned through training. One of the key ways the Army develops disciplined leaders is through the ritualistic enforcement of uniform grooming standards.

Discipline is central to the Army's professional identity. Army officers, who manage violence under the stress and ambiguity of combat, require the highest level of individual discipline. Because officers must personally face the violence of combat and sustain their Soldiers during combat, they must possess rigorous discipline to help them do their duty and accomplish their mission. Without the requisite discipline of each and every leader, the Army would be unable to maintain an effective fighting force and would fail its mission.

Discipline is the backbone of an efficient, cohesive, and effective fighting force. While military discipline is the result of rigorous training, it is affected by every feature of military life. Discipline is manifested in individual Soldiers in many ways, such as: smartness of appearance and action; cleanliness and maintenance of dress, maintenance of equipment, cleanliness of quarters; deference to senior Soldiers and officers; and mutual respect between senior and subordinate personnel. Military life is significantly different from civilian life. When a person joins the Army, he or she necessarily relinquishes a great deal of personal autonomy. The Army expects its Soldiers and officers to instinctively comply with military standards of conduct and promptly obey lawful orders.

Experience has shown me that the even handed enforcement of grooming standards instills the self-discipline necessary for the military member to perform effectively. The routine of ensuring one's military dress and appearance comports with uniform standards requires dedication and discipline. It is a routine that focuses Cadets and Soldiers on standards, trains them to focus on small details, and reflexively drills compliance to orders. As future leaders, Cadets will be expected to hold their Soldiers to the Army's standards by using inspections as a means of quickly and unambiguously identifying small problems before they become major leadership concerns that detract from mission accomplishment. Uniformity is a readily available means of instilling the practice of inspection and compliance that not only sharpens Soldiers, but also leaders. Leaders who learn to focus on the core basics of Soldiering, and who emphasize standards cultivate and grow more effective military units. Because officers are not innately born with this focus, we teach it in ROTC. Uniformity is a key component of the learning process. Granting you an exception in a military officer training program would undercut this fundamental component of our program, and dramatically change the nature of how we train officers for the future needs of the Army.

Discipline is also furthered by uniformity in a more subtle way because it helps to infuse Soldiers with a code of professional conduct that they will adhere to in combat. Our Army has long required uniformity of dress and appearance as a way to inculcate values essential to the military ethos because dress and appearance define who we are and what we are to ourselves and to others. Experience has shown me that Soldiers act differently in uniform than when they wear civilian clothes. Soldiers in uniform know

-5-

what civilians and their leaders expect of them, take pride in the uniform, and conform their behaviors to reflect their training and the Army values. Uniformity helps to inhibit personal desires and impulses that may be antithetical to mission accomplishment. This subrogation of individual desires is critical to mission success because only members of the Armed Forces can be ordered to place their lives in peril anywhere at any time. The obligations Soldiers undertake, risking life and well-being for the greater good, requires dedication, selfless service, and discipline. Army standards and its code of ethics serve as a point of reference and strength when members are in stressful combat situations. Uniformity assists in developing a code of ethics that will persist in combat. The Army cannot simply expect that Soldiers will arbitrarily embrace the code of ethics that their profession requires. We have to develop that code of ethics via training, and emphasize it every day. Granting your accommodation would undermine the process in training by which that code takes roots.

As a training program for Army officers, ROTC cannot become disconnected from the values, traditions, rituals, and training practices that underpin the United States Army. The Soldiers that future Army officers will lead expect that their officers are trained in a way that is consistent with their own training. If officer training does not reflect Army training, the credibility of the officer corps will be called into question. At a time when the Army is now culling the force and returning many good Soldiers back to civilian life after nearly thirteen years at war, emphasis on the consistent and even handed application of standards is now even more important. Granting you this exception would drive a stark wedge between the officer corps, its training, and the standards and training methods that are employed by the enlisted Army.

Individual and Unit Readiness:

As an enrolled (non-contracted) Cadet, even though you would not be a member of the Army and would have no service obligation, granting your accommodation would leave you unprepared to advance to the next phase of officer training by failing to emphasize uniformity - a fundamental component of being a Soldier. I believe allowing you to continue in officer training without any emphasis on uniformity would leave you generally unprepared to lead Soldiers, viewed as an outsider by your peers, and trained in a manner that is wholly inconsistent with how we develop strong military officers. Accordingly, granting your accommodation would have a detrimental impact on your individual readiness.

Though ROTC does not have a stated mission to deploy Soldiers overseas, its mission to develop the future officer leaders of the U.S. Army has a monumental impact on the readiness, well being, and efficient function of the larger Army. Consistent with my discussion above regarding how I believe granting your exception would undermine good order, discipline, the credibility of the officer corps, cohesion, and morale, it

-6-

naturally follows that a deterioration of those factor would undermine the overall readiness of the Army.

<u>Health and Safety</u>:

Granting your request would have an adverse impact on your health and safety. Military training inherently involves a certain amount of risk that we carefully attempt to mitigate via risk mitigation measures. One of the most important mechanisms for managing risk is the ability to assess a Soldier's competency and attention to detail by compliance with the Army's grooming standard. Disparate grooming standards mean that deficiencies are less capable of being identified, because quick impressions of competency to follow directions cannot be as readily made.

Nuclear, Biological and Chemical training at the Leader's Development and Assessment Course would require that you are capable of sealing a protective mask. Research shows that facial hair significantly degrades the protection factor of all approved protective masks. Your degraded ability to seal a protective mask in training would not only subject you to risk during training, but, were you to enter the military service, leave you untrained in the proper wear and function of these potentially life saving measures. While there are some protective masks that are capable of providing protection to individual who wear beards, they are not standard Army issue. As the Army operates on a premise of interchangeable parts, we strive to ensure that military equipment is capable of being used by the widest group of personnel so that if military exigencies arise, equipment can be transferred laterally. It simply is not feasible to provide you a special protective mask without undermining the Army's need for flexibility to meet operational contingencies.

<u>Other Factors</u>: In considering your request I have taken in account a number of individual factors that merit further discussion.

I have considered the implication of this denial on your ability to practice your religion. As you are not a member of the Army, you are not subject to Army rules and regulations. You remain free to maintain your articles of faith.

I have also considered the religious accommodation exceptions that you cited in your materials. Those exceptions were granted after consideration of the requests on a case by case basis based on the military necessity factors that existed at the time. Unlike your circumstances, those exceptions pertained to individuals who were members of the Army selected to serve in positions requiring unique skills or professional credentials to meet the Army's operational needs.

-7-

I have considered your stated desire to serve in military intelligence, and your unique language skills in assessing whether to grant this exception. I am empathetic to your desire to serve as a military intelligence officer, but I nonetheless find that military necessity in the ROTC training environment would be adversely impacted by permitting an exception based on the specific facts I have considered.

Finally, I do not view the issuance of temporary medical exceptions to grooming standards as undercutting the Army's wholesale ability to enforce grooming and appearance policies. While the Army permits appropriate medical authorities to recommend grooming exceptions for individuals with medical conditions aggravated by shaving, the exception is subject to approval by military commanders and limited to the typically short period of time required to treat the Soldier's condition and train the Soldier on appropriate shaving methods. Even during the period of medical exception, the Soldier is required to trim his beard as close to his face as possible. These limited duration medical exceptions are very different from the long term exception you are requesting for officer training.

Should you require assistance, my point of contact for this letter is Chaplain (LTC) Terrence Walsh at the Command Policy and Programs Division, Office of the Deputy Chief of Staff, G-1 at commercial telephone number (703) 571-7229.

James C. McConville
Lieutenant General, USA
Deputy Chief of Staff, G-1