UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IKNOOR SINGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-1906 (ABJ) |
| | ) | |
| JOHN MCHUGH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties are not in agreement as to what schedule would be appropriate in this case, and therefore it falls to the Court to craft a plan. It would not be appropriate for the Court to decide what sort of responsive pleading the defendant should file, so, after consideration of the parties' proposals, the Court will enter the following schedule:

- Defendant's responsive pleading will be due on January 20, 2015. (This affords the defense a short extension beyond the date the pleading would be due in accordance with the Federal Rules.)

- If defendant files a motion to dismiss under Rule 12 only, plaintiff's opposition will be due on January 30, 2015, and any reply will be due on February 6, 2015.

- If defendant files a motion under Rule 56 (either a motion for summary judgment or a combined motion to dismiss and motion for summary judgment) and pursuant to Rule 56(d), plaintiff seeks to show "by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition," plaintiff must make that showing, detailing the specific discovery it would be necessary to undertake in order to oppose the motion, by January 27, 2015. The Court will set a schedule for further proceedings after consideration of that submission.

- If plaintiff does not seek to oppose the motion on Rule 56(d) grounds, his opposition (and any cross-motion, supported by a single memorandum) will be due on February 13, 2015; defendant's reply (and cross-opposition, if needed, also supported by a single memorandum) will be due on March 6, 2015; and plaintiff's cross-reply, if any, will be due on March 13, 2015.

- In the unlikely event that defendant answers, a joint submission under LCvR 16.3 will be due on January 27, 2015, and the Court will hold an initial scheduling conference on January 28, 2015, at 10:00 a.m. in Courtroom 3.

- Given the need for expedition in this matter, the Court will permit the plaintiff to propound limited paper discovery – up to 10 interrogatories and 10 requests for production of documents – in the interim.  Nothing about this schedule should inhibit the plaintiff from consulting with potential experts should he choose to do so.

Finally, the Court notes that on December 22, 2014, when it ordered the parties to propose a schedule for further proceedings in the matter, it indicated that it intended to aim towards resolving the matter completely by May of 2015.  *See* Minute Order (Dec. 22, 2014).  Neither party – including the plaintiff, who specifically asked the Court to resolve the case prior to the end of the school semester – offered a schedule that would accomplish this result.  Both parties offered schedules that included briefing to be completed during the month of May (plaintiff – May 12; defendant – May 4) which certainly would not afford an opportunity for the Court to read the pleadings, hear oral argument, and issue an opinion "by" May.

**SO ORDERED.**

/s/ Amy B. Jackson

AMY BERMAN JACKSON
United States District Judge

DATE:  December 24, 2014